UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

KRIS DEDOMINIC,
      Plaintiff,

vs.

TRANSUNION RENTAL SCREENING
SOLUTIONS, INC.,
      Defendant.

CASE NO.

---

**TRANS UNION RENTAL SCREENING SOLUTIONS, INC.'S NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union Rental Screening Solutions, Inc. ("TURSS") hereby removes the subject action from the Court of Common Pleas of Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, on the following grounds:

1. Plaintiff Kris Dedominic served Trans Union on March 5, 2019, with a Notice To Defend ("Notice") and Complaint ("Complaint") filed in the Court of Common Pleas of Montgomery County, Pennsylvania. Copies of the Notice and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). *See* Complaint ¶¶ 1, 4-19.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Court of Common Pleas of Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

5. Notice of this removal will promptly be filed with the Court of Common Pleas of Montgomery County Pennsylvania and served upon all adverse parties.

WHEREFORE, Defendant Trans Union Rental Screening Solutions, Inc., by counsel, removes the subject action from the Court of Common Pleas of Montgomery County, Pennsylvania, to this United States District Court, Eastern District of Pennsylvania.

Date: 3-25-19

Respectfully submitted,

/s/ *Casey Green*
Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107
Ph: (215) 574-0600  Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 25th day of March, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 25th day of March, 2019, properly addressed as follows:

| **for Plaintiff Kris Dedominic**<br>Vicki Piontek, Esq.<br>951 Allentown Road<br>Lansdale, PA 19446 | |
|---|---|

/s/ Casey
Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107
Ph: (215) 574-0600  Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*